IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-039-RLV-DCK

| | |
|---|---|
| ECR SOFTWARE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RENÉ ZALDIVAR, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by John Bowers on May 18, 2012, concerning G. Ware Cornell, Jr. Mr. Cornell seeks to appear as counsel *pro hac vice* for Defendant.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Cornell is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant.

Signed: May 18, 2012

David C. Keesler
United States Magistrate Judge